**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**LONNIE BARNES RAMEY,**

     **Plaintiff,**

**v.**                                **Case No. 5:26-cv-102-AW-MJF**

**DAKOTA WALSH and
CITY OF LYNN HAVEN,**

     **Defendants.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with court orders, has not paid the filing fee, and has not prosecuted the case. He also has not objected to the magistrate judge's report and recommendation (ECF No. 6), which recommends dismissal on those bases. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with court orders, failure to pay the filing fee, and failure to prosecute." The clerk will then close the file.

SO ORDERED on July 20, 2026.

                             s/ *Allen Winsor*
                             Chief United States District Judge